**JENNIFER CLARK**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

APR 07 2022

Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES LEON DOTSON, JR., <br><br> Defendant. | CR 22-20-M-DWM <br><br> **INDICTMENT** <br><br> PROHIBITED PERSON IN POSSESSION OF FIREARMS AND AMMUNTION <br> Title 18 U.S.C. § 922(g)(8) <br> (Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> CRIMINAL FORFEITURE <br> Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That on or about July 15, 2020, in Flathead County, in the State and District

of Montana, the defendant, JAMES LEON DOTSON, JR., knowing he was subject

1

to a court order issued by Flathead County Justice of the Peace Paul Sullivan on April 8, 2020, after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing and threatening an intimate partner, and includes a finding that such person represents a credible threat to the physical safety of such intimate partner, knowingly possessed, in and affecting interstate commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(8).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant, JAMES LEON DOTSON, JR., shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

*/s/ for*
LEIF M. JOHNSON
United States Attorney

*/s/ for*
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney